943 A.2d 839

IN THE MATTER OF ANTOINETTE R. HOLLAND, AN ATTORNEY AT LAW (ATTORNEY NO. 030461993).

March 12, 2008.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 07–060, concluding that **ANTOINETTE R. HOLLAND** of **MONTCLAIR**, who was admitted to the bar of this State in 1993, should be suspended from the practice of law for a period of three months for violating *RPC* 8.4(b) (committing a criminal act that reflects adversely on the lawyer's honesty, trustworthiness, or fitness as a lawyer), and having determined the term of suspension should be suspended;

And **ANTOINETTE R. HOLLAND** having been ordered to show cause why she should not be disbarred or otherwise disciplined;

And good cause appearing;

It is ORDERED that **ANTOINETTE R. HOLLAND** is suspended from the practice of law for a period of three months and until the further Order of the Court, effective April 11, 2008; and it is further

ORDERED that respondent comply with *Rule* 1:20–20 dealing with suspended attorneys; and it is further

ORDERED that pursuant to *Rule* 1:20–20(c), respondent's failure to comply with the Affidavit of Compliance requirement of *Rule* 1:20–20(b)(15) may (1) preclude the Disciplinary Review Board from considering respondent's petition for reinstatement for a period of up to six months from the date respondent files proof of compliance; (2) be found to constitute a violation of *RPC* 8.1(b) and *RPC* 8.4(c); and (3) provide a basis for an action for contempt pursuant to *Rule* 1:10–2; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.